# United States District Court
# For The Western District of North Carolina
# Statesville Division

JOHN FRANK BOWEN,

    Plaintiff(s),

vs.

CARLA O'KONEK, SUPT.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:99CV178-2-MU

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 14, 2005, Order.

October 14, 2005

FRANK G. JOHNS, CLERK

BY: *Carolyn B. Bouchard*

Carolyn Bouchard, Deputy Clerk